IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Melissa Scott,                                      :

           Plaintiff                      :     Civil Action 2:11-cv-00489

v.                                                  :     Judge Frost

Michael J. Astrue, Commissioner
of Social Security,                                 :     Magistrate Judge Abel

           Defendant                      :

## ORDER

This matter is before the Court on Magistrate Judge Abel's April 2, 2012 Report and Recommendation. No objections have been filed to the Report and Recommendation. The Court, having reviewed the record *de novo*, **ADOPTS** the Report and Recommendation and **REMANDS** this case. On remand, the administrative law judge must evaluate the evidence with respect to plaintiff's physical impairments, compare it to the Listings and provide a rationale for his decision to allow for meaningful judicial review; evaluate Ms. Sayre- Butt's opinion in accordance with Social Security Ruling 06-03p; and present the vocational expert with a hypothetical that represents all of plaintiff's limitations.

                                                                           /s/   Gregory L. Frost
                                                                           Gregory L. Frost
                                                                           United States District Judge